IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 4:17-CR-00290 |
| | § | |
| HARCHARAN S. NARANG, M.D. | § | |

## NOTICE OF APPEAL

TO THE HONORABLE SIM LAKE,
UNITED STATES DISTRICT JUDGE:

NOW COMES, HARCHARAN S. NARANG, M.D., Defendant herein, through one of his attorneys Chris Flood, and files this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the judgment entered on November 15, 2019, and the amended judgment entered on November 19, 2019.

Respectfully submitted,

*/s/ Chris Flood*
Chris Flood
Federal I.D. No. 9929
Email: chris@floodandflood.com
Flood & Flood
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 fax

**ATTORNEY FOR DEFENDANT,
HARCHARAN S. NARANG, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to all filing users.

*/s/ Chris Flood*
Chris Flood