IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:17-CR-00290 |
| v. | ) | 4:23-CV-00109 |
| | ) | |
| HARCHARAN SINGH NARANG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Came on the Motion of Dr. Narang to extend the due date of filing his reply of this cause, and, the Court finds that said Motion shall be and is hereby:

__✓__  GRANTED, and the reply is due by __June 19, 2023__;

_____  DENIED.

SIGNED and ENTERED on this the __12th__ day of May, 2023.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE