United States District Court
Southern District of Texas

**ENTERED**

August 24, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | CIVIL ACTION NO. H-23-0109 |
| v. | § | (CRIMINAL NUMBER H-17-290-01) |
| | § | |
| HARCHARAN SINGH NARANG, | § | |
| | § | |
| Defendant-Petitioner. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-23-0109 is **DISMISSED WITH PREJUDICE**.

For reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of August, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE